TRUMP ON THE OCEAN, LLC, Appellant, v CAROL ASH et al., Respondents.

Submitted July 18, 2011; decided October 13, 2011

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

MYRNA WALKER, Respondent, v ROBERT WALKER, Appellant.

Submitted July 25, 2011; decided October 13, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.